NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS, INC., NEW JERSEY CHAPTER, et al., | Civil Action No. 14-5445 (SDW) (SCM) |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF JERSEY CITY, NEW JERSEY, | December 4, 2017 |
| Defendant. | |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on November 16, 2017 by Magistrate Judge Steven C. Mannion ("Judge Mannion"), recommending that Plaintiff Associated Builders and Contractors, Inc., New Jersey Chapter's ("Associated Builders") Motion for Attorneys' Fees be denied. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Mannion in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion (Docket No. 89) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                            s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Mannion